IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:26-CV-00035-KDB-DCK

| | |
|---|---|
| LELITA L. CANNON,<br><br>**Plaintiff,**<br><br>v.<br><br>HEPACO, LLC AND CLEAN HARBORS, INC.,<br><br>**Defendants.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion to Proceed in Forma Pauperis (Doc. No. 2). The Court has carefully considered this motion and Plaintiff's sworn Application, which details her financial circumstances. Based on that examination, the Court finds that Plaintiff's reasonable expected expenses exceed her expected income, and she does not otherwise have sufficient assets with which to pay the filing fee. Further, upon an initial review, the Court finds that the Amended Complaint is not frivolous or malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Therefore, Plaintiff's Motion will be granted.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) is **GRANTED**; and

2. Any recovery in this action will be subject to payment of fees and costs, including the $405.00 filing fee.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 17, 2026

Kenneth D. Bell
United States District Judge